

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-00492-CV

Style:      Virginia Dailey and John W. Dailey

     v. Audrey Adickes Thorpe

Date motion filed[*]:      November 12, 2013

Type of motion:      Appellants' request for extension to file appellants' brief

Party filing motion:      Appellants

Document to be filed:      Appellants' brief

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      October 9, 2013

     Number of previous extensions granted:      1      Current Due date: November 12, 2013

     Date Requested:      None

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: **December 12, 2013**

         ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     On November 5, 2013, appellee, Audrey Adickes Thorpe, filed an "Objection to Appellants' Motion to Extend Time to File Brief." On November 12, 2013, appellants, Virginia Dailey and John W. Dailey, filed a response to Appellees' objection in which they request this Court to "grant this Motion to Extend Time to File Appellants' Brief" and extend the time to file their brief. Accordingly, we grant appellants' request to extend the time to file their appellants' brief in this appeal.

Judge's signature:    /s/ Jim Sharp
           ☑ Acting individually     ☐ Acting for the Court

Panel consists of      _____

Date: November 26, 2013

November 7, 2008 Revision